IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANITA J. CRAWFORD,

    Plaintiff,

vs.                        CASE NO. 5:10cv222/RS-WCS

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 13). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **reversed.**

3. This case is remanded to the Administrative Law Judge for further consideration as stated in the Report and Recommendation.

**ORDERED** on July 12, 2011.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**