IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANITA J. CRAWFORD,

    Plaintiff,

vs.                                      Case No. 5:10cv222-RS-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) representing attorney fees in the amount of $2,062.50. Doc. 16. Defendant has no objection. Doc. 17. In accordance with Astrue v. Ratliff, __ U.S. __, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the EAJA fee should be made payable to Plaintiff, not to Plaintiff's attorney. Since the fee was assigned to Plaintiff's attorney, Defendant has no objection to payment of the fee to Plaintiff's attorney so long as Plaintiff has no debt to the United States, and will offset any such debt before payment.

Accordingly, it is **RECOMMENDED** that:

Plaintiff's Petition for attorney's fees, docs. 16, be **GRANTED** and the Commissioner be directed to pay Plaintiff's attorney $2,062.50 as a reasonable EAJA attorney's fee and allow the Commissioner to offset from this amount any debt owed by the Plaintiff to the United States that may be identified by the Department of Treasury.

**IN CHAMBERS** on October 19, 2011.

  S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**