IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANITA J. CRAWFORD,

    Plaintiff,

vs.                               CASE NO. 5:10-cv-222/RS-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Petition for attorney's fees (Doc. 16) is **GRANTED**.

3. The Commissioner is directed to pay Plaintiff's attorney $2,062.50 as a reasonable EAJA attorney's fee. The Commissioner is allowed to offset from this amount any debt owed by the Plaintiff to the United States as identified by the Department of the Treasury.

**ORDERED** on November 17, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**